Same case below, 348 Fed. Appx. 199.

Same case below, 334 Fed. Appx. 712.

**No. 09-8741. Michael Bell, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3460, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5017.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 714.

**No. 09-8751. Jeffrey Jerome Lighten, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3460, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5179.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 713.

**No. 09-8752. Bobby Dewayne Jones, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3460, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5015.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 989.

**No. 09-8762. Michael Oshea Heard, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3460, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5110.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8879. Deandre Watson, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3461, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5058.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 582 F.3d 974.

**No. 09-8939. Mark Anthony Evans, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3462, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5169.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 667.

**No. 09-9007. Andre R. Thomas, Petitioner v. Thomas L. Carroll, Warden, et al.**

561 U.S. 1011, 130 S. Ct. 3462, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5005.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 581 F.3d 118.